**Order entered November 20, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01197-CV

### WILLIAM B. BLAYLOCK, ET AL., Appellants

### V.

### THOMAS P. HOLLAND, ET AL., Appellees

**On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. 09-08910**

## ORDER

We **GRANT** appellants' November 19, 2013 unopposed second motion for an extension

of time to file a brief. Appellants shall file their brief on or before November 26, 2013.

/s/      DAVID LEWIS
           JUSTICE